IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Domineck, Kelvin  M | Case Number:  08 B 03693 |
| Domineck, Laurie | Judge:  Squires, John H |
| Printed:  7/22/08 | Filed:  2/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: June 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,758.93 | |
| Secured: | | 598.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,046.59 |
| Trustee Fee: | | 114.34 |
| Other Funds: | | 0.00 |
| Totals: | 1,758.93 | 1,758.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,784.00 | 1,046.59 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 7,327.20 | 150.00 |
| 4. | Monterey Financial Services | Secured | 500.00 | 73.00 |
| 5. | Nuvell Credit Company LLC | Secured | 18,334.66 | 375.00 |
| 6. | HomEq Servicing Corp | Secured | 12,521.65 | 0.00 |
| 7. | Internal Revenue Service | Priority | 1,524.73 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 30.75 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 494.90 | 0.00 |
| 10. | Calvary Portfolio Services | Unsecured | 3,174.49 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 0.00 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 284.02 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 42.05 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 60.94 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 30.15 | 0.00 |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | Frst Ntnl Bnk/Save Cre | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| 23. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 24. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Domineck, Kelvin M

Domineck, Laurie

Printed:  7/22/08

Case Number:  08 B 03693

Judge:  Squires, John H

Filed:  2/18/08

| | | |
|---|---|---|
| 26.   Resurgent Capital Services | Unsecured | No Claim Filed |
| 27.   Revenue Cycle Solutions | Unsecured | No Claim Filed |
| 28.   The Affiliated Group | Unsecured | No Claim Filed |
| 29.   RJM Acquisitions LLC | Unsecured | No Claim Filed |
| 30.   Tribute/Fbold | Unsecured | No Claim Filed |
| 31.   USA Payday Loans | Unsecured | No Claim Filed |
| 32.   Revenue Cycle Solutions | Unsecured | No Claim Filed |

$ 47,109.54                 $ 1,644.59

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 114.34 |

$ 114.34

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

